**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO:   16-08** |
| **LAZANDY DANIELS** | **SECTION: "H" (4)** |

## ORDER

Before the Court is the Defendant Lazandy Daniels ("Daniels")'s **Motion for Subpoenas to be Issued Without Cost to Defendant (R. Doc. 224)** seeking subpoenas to be issued to unnamed defendants without cost to the Defendant. The United States has taken no position as to this request. R. Doc. 224, p. 1. For the following reasons, the motion is **DENIED.**

Federal Rule of Criminal Procedure 17 provides in pertinent part that:

> Upon a defendant's ex parte application, the court must order that a subpoena be issued for a named witness if the defendant shows an inability to pay the witness's fees and the necessity of the witness's presence for an adequate defense. If the court orders a subpoena to be issued, the process costs and witness fees will be paid in the same manner as those paid for witnesses the government subpoenas.

Fed. R. Crim. P. 17(b). As such, in addition to the required showing of an inability to pay, a defendant seeking a Rule 17(b) subpoena must as a threshold matter "allege facts that, if true, demonstrate 'the necessity of the requested witness' testimony.'" *United States v. Ramirez,* 765 F.2d 438, 441 (5th Cir. 1985); *United States v. Rudolph*, Crim. No. 1:08-cr-87, 2009 WL 364391, at *1 (S.D. Miss. Feb. 9, 2009). "This [threshold] requirement makes total sense in view of the plain language of the rule and the fact that Rule 17 is clearly not a discovery device." *United States v. Hegwood,* 562 F.2d 946, 952 (5th Cir. 1977). Implicit in the rule is a requirement to name particular witnesses to be subpoenaed and to demonstrate the necessity of the testimony of each particular witness.

Here, Daniels has not named any witness to be subpoenaed under Rule 17(b) and, therefore, has not met the threshold requirement of demonstrating the necessity of issuing such a subpoena. The Court must deny Daniels motion at this time.

Accordingly,

**IT IS ORDERED** that the Defendant's **Motion for Subpoenas to be Issued Without Cost to Defendant (R. Doc. 224)** is **DENIED.**

New Orleans, Louisiana, this 11<u>th</u> day of May 2017.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**